UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

TRE VON WOODARDS,

     Plaintiff,

v.                                                                No. 1:19-CV-255-H-BU

LEONARD GREEN & PARTNERS,

     Defendant.

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Tre Von Woodards, proceeding pro se, filed this civil-rights complaint against

Leonard Green & Partners (LGP) on December 23, 2019. Dkt. No. 2. United States

Magistrate Judge John R. Parker reviewed the complaint and submitted findings and

conclusions to this Court. Dkt. No. 6. Judge Parker recommended that the Court

summarily dismiss Woodards's complaint under 28 U.S.C. § 1915(e)(2)(B) because the

complaint "fails to include any details regarding the allegations or state any request for

relief." *Id.* at 1. Woodards filed purported objections to Judge Parker's findings and

conclusions, alleging that LGP discriminated against him based on his religious practices.

Dkt. No. 7 at 1. Because Woodards's filing does not contain any specific objections within

the meaning of Federal Rule of Civil Procedure 72(b)(2), the Court need not review any part

of Judge Parker's disposition de novo. *See* Fed. R. Civ. P. 72(b)(3).

The Court has examined the record and reviewed the findings, conclusions, and

recommendation for plain error. Finding none, the Court accepts and adopts the findings,

conclusions, and recommendation of the United States Magistrate Judge.

Woodards's complaint and the claims within it are dismissed without prejudice. All relief not expressly granted and any pending motions are denied.

So ordered on March 6, 2020.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE